**Opinion issued February 19, 2015.**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-14-00889-CR

## NO. 01-14-00890-CR

_____

## IN RE CHARLES EDWARD DAVIS, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Charles Edward Davis, has filed a petition for writ of mandamus,

seeking to obtain trial court records for use in preparing a petition for a writ of

habeas corpus.[1]

---

[1]     The petition identifies the underlying cases as *State of Texas v. Charles Edward Davis*, Nos. 697692 and 686345, in the 178th District Court of Harris County, Texas, the Honorable David Mendoza presiding.

We deny the petition.


**PER CURIAM**


Panel consists of Justices Jennings, Massengale, and Huddle.

Do not publish.   TEX. R. APP. P. 47.2(b).